# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-1310
Lower Tribunal No. 2021-CF-003711-AOS

———————————————

CHRISTOPHER JOSEPH SULLIVAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and BROWNLEE, JJ., concur.


Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED